UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON FRITZ,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD BORLA, et al.,<br><br>Defendants. | Case No.  26-cv-04575-JD<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP TO MCKENZIE V. BORLA, ET AL., 25-CV-02820-TLT** |

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to *McKenzie v. Borla, et al*., Case No. 25-cv-02820-TLT.

**IT IS SO ORDERED.**

Dated: July 8, 2026

_____

JAMES DONATO
United States District Judge

United States District Court
Northern District of California