UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMON FRITZ,

Plaintiff,

v.

EDWARD BORLA, et al.,

Defendants.

Case No. 26-cv-04575-TLT

**ORDER OF DISMISSAL**

Plaintiff's complaint was filed on May 15, 2026. Dkt. No. 1. The same day, the Clerk informed plaintiff that his action was deficient because he did not file an *in forma pauperis* application or pay the filing fee. Dkt. No. 2. He submitted the application, and the Court denied in light of his trust account balance, providing him 14 days to pay the filing fee. Dkt. No. 16. Plaintiff next filed a letter requesting assistance, and the Court granted a *sua sponte* extension of 14 additional days to pay the fee. The time to do so has passed, and plaintiff has not paid the filing fee nor communicated with the Court.

The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must be accompanied by payment of the full filing fee.

**IT IS SO ORDERED.**

Dated: October 23, 2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California